**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TANYA CANTU,<br>Plaintiff,<br>v.<br>NINTENDO OF AMERICA INC., a Washington corporation,<br>Defendant. | Case No. 2:26-cv-01520-SPG-AGR<br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT AND FOR ENTRY OF BRIEFING SCHEDULE [ECF NO. 5]** |

Before the Court is the parties' Stipulation to Extend Time to Respond to Amended Complaint and for Entry of Briefing Schedule. (ECF No. 5 ("Stipulation")). Having considered the Stipulation, and finding good cause therefor, the Court hereby GRANTS the Stipulation and ORDERS as follows:

1. Nintendo's new deadline to respond to Plaintiff's Complaint is Friday, March 13, 2026;

2. If Nintendo's response is a Motion to Dismiss, Plaintiff's corresponding deadline to file any opposition to Nintendo's motion is Monday, May 4, 2026;

3. Nintendo's corresponding deadline to file any reply to Plaintiff's opposition is Monday, June 1, 2026; and

4. If Nintendo files a Motion to Dismiss, it will notice the motion for an available heading date no earlier than June 15, 2026, to ensure the foregoing deadlines comport with the briefing deadlines in L.R. 7-9 and 7-10.

**IT IS SO ORDERED.**

Dated: February 19, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE